UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   MILTON NOYS                                    Case No.: 09-19940
         ESSAQUENA HARRIS NOYS

         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/01/2009.

2) This case was confirmed on 08/17/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/07/2011.

5) The case was converted on 08/09/2011.

6) Number of months from filing to the last payment: 23

7) Number of months case was pending: 27

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   27,200.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 20,786.37 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 20,786.37 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 1,351.09 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,851.09 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SIR FINANCE | UNSECURED | 1,164.00 | 2,088.00 | 2,088.00 | .00 | .00 |
| OVERLAND BOND & INVE | SECURED | 11,607.00 | 11,368.29 | 11,368.29 | 4,061.99 | 954.31 |
| DYCK O NEAL INC | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF DOLTON | UNSECURED | 2,204.00 | 1,400.02 | 1,400.02 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 14,010.00 | 10,101.17 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 78,505.00 | 87,340.03 | .00 | .00 | .00 |
| JSL FUNDING GROUP | SECURED | 17,698.00 | 22,503.59 | .00 | .00 | .00 |
| JSL FUNDING GROUP | SECURED | 5,460.00 | 2,060.96 | 2,060.96 | 2,060.96 | .00 |
| DYCK ONEAL | SECURED | 7,166.00 | .00 | .00 | .00 | .00 |
| DYCK ONEAL | SECURED | 1,082.00 | .00 | 1,082.00 | 1,082.00 | .00 |
| VILLAGE OF DOLTON | SECURED | 1,400.00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 6,490.00 | 11,524.72 | 11,524.72 | 7,776.02 | .00 |
| SBC ILLINOIS | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2,089.00 | 2,089.53 | 2,089.53 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 366.00 | 889.40 | 889.40 | .00 | .00 |
| SBC | UNSECURED | 87.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 476.00 | 447.96 | 447.96 | .00 | .00 |
| COMCAST | UNSECURED | 232.00 | NA | NA | .00 | .00 |
| FIRST CARD CHASE USA | UNSECURED | 3,348.00 | NA | NA | .00 | .00 |
| IGS ENERGY | UNSECURED | 495.00 | NA | NA | .00 | .00 |
| NCI | UNSECURED | 2,355.00 | 2,224.79 | 2,224.79 | .00 | .00 |
| NICOR GAS | UNSECURED | 1,593.00 | NA | NA | .00 | .00 |
| US EMPLOYEES CU | UNSECURED | 1,667.00 | 1,637.67 | 1,637.67 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SY | UNSECURED | 200.00 | 200.00 | 200.00 | .00 | .00 |
| ARCCERTEGY | UNSECURED | 165.00 | .00 | .00 | .00 | .00 |
| ADVOCATE HEALTH CENT | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SURBU | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,271.00 | NA | NA | .00 | .00 |
| GASTRO ASSOC OG OLYM | UNSECURED | 525.00 | NA | NA | .00 | .00 |
| GLOBAL CASH ACCESS | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| HORSESHOE CASINO HAM | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| VILLAGE OF OAK LAWN | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | .00 | 1,486.06 | 1,486.06 | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| FEDERAL NATIONAL MTG | UNSECURED | .00 | 8,484.44 | 8,484.44 | .00 | .00 |
| ACL COLLECTION SVCS | UNSECURED | 28.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SURBU | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 99.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 815.00 | NA | NA | .00 | .00 |
| BALLYS LAS VEGAS | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 557.00 | NA | NA | .00 | .00 |
| CENTRAL PARKING CTA | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 246.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 244.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 394.00 | NA | NA | .00 | .00 |
| CITY OF OAK LAWN CAM | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COL/DEBT COLLECTION | UNSECURED | 4,685.00 | NA | NA | .00 | .00 |
| GREAT WEST CASUALTY | UNSECURED | .00 | NA | NA | .00 | .00 |
| HYDROXATONE | UNSECURED | 212.00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 660.00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| MIDWEST ANESTHESIOLO | UNSECURED | 195.00 | NA | NA | .00 | .00 |
| NEW WOLD MEDIA | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 458.00 | NA | NA | .00 | .00 |
| VILLAGE OF DOLTON | UNSECURED | 200.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 3,142.96 | 3,142.96 | .00 |
| Debt Secured by Vehicle | 11,368.29 | 4,061.99 | 954.31 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 14,511.25 | 7,204.95 | 954.31 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 11,524.72 | 7,776.02 | .00 |
| **TOTAL PRIORITY:** | 11,524.72 | 7,776.02 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 20,947.87 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,851.09 |
| Disbursements to Creditors | $ | 15,935.28 |
| **TOTAL DISBURSEMENTS:** | $ | 20,786.37 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    09/13/2011                   /s/ Tom Vaughn
                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**